UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas

JUN 2 9 2016

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | Criminal No. |
| | § | |
| TEDDY BEAR PARADISE | § | |
| AKA Denise O'Neal Soret | § | |

16 CR 0284

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
### (Threatening a Federal Official)

From on or about July 4, 2015, to on or about July 22, 2015, within the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**TEDDY BEAR PARADISE**
**AKA Denise O'Neal Soret,**

did threaten to murder Sean Harmon, a United States Probation Officer, with intent to impede, intimidate and interfere with Sean Harmon while he was engaged in and to retaliate against Sean Harmon on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

### Count Two
### (Threatening a Federal Official)

From on or about July 4, 2015, to on or about July 22, 2015, within the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**TEDDY BEAR PARADISE**
**AKA Denise O'Neal Soret,**

did threaten to murder Reginald Hollins, a United States Probation Officer, with intent to impede,

intimidate and interfere with Reginald Hollins while he was engaged in and to retaliate against Reginald Hollins on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

### Count Three
### (Mailing a Threatening Communication)

On or about July 6, 2015, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**TEDDY BEAR PARADISE**
**AKA Denise O'Neal Soret,**

knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, that is a letter dated July 4, 2015, addressed to Sean Harmon – Chief Reginald Hollins, U.S. Probation Office, 515 Rusk Street. Room 2301, Houston, Texas 77002, containing a threat to injure Sean Harmon who is a United States Probation Officer.

In violation of Title 18, United States Code Section 876(c).

### Count Four
### (Mailing a Threatening Communication)

On or about July 18, 2015, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**TEDDY BEAR PARADISE**
**AKA Denise O'Neal Soret,**

knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, that is a letter dated July 18, 2015, addressed to Sean

Harmon – Chief Reginald Hollins, U.S. Probation Office, 515 Rusk Street Room 2301, Houston, Texas 77002, containing a threat to injure Sean Harmon who is a United States Probation Officer.

In violation of Title 18, United States Code Section 876(c).

### Count Five
### (Mailing a Threatening Communication)

On or about July 6, 2015, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**TEDDY BEAR PARADISE**
**AKA Denise O'Neal Soret,**

knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, that is a letter dated July 4, 2015, addressed to Sean Harmon Reginald Hollins, U.S. Probation Office, 515 Rusk Street. Room 2301, Houston, Texas 77002, containing a threat to injure Reginald Hollins who is a United States Probation Officer.

In violation of Title 18, United States Code Section 876(c).

### Count Six
### (Mailing a Threatening Communication)

On or about July 18, 2015, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**TEDDY BEAR PARADISE**
**AKA Denise O'Neal Soret,**

knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service or knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, that is a letter dated July 18, 2015, addressed to Sean Harmon

Reginald Hollins, U.S. Probation Office, 515 Rusk Street. Room 2301, Houston, Texas 77002, containing a threat to injure Reginald Hollins who is a United States Probation Officer.

In violation of Title 18, United States Code Section 876(c).

.

A TRUE BILL:

Original Signature on File

FOREPERSON

KENNETH MAGDISON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY